729 A.2d 1123

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Abdul M. ZHAHIR, Petitioner.**

Supreme Court of Pennsylvania.

June 9, 1999.

L. Roy Zipris, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

**AND NOW,** this 9th day of June, 1999, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

Did the trial and Superior Courts err in justifying the police search pursuant to the plain touch doctrine?